Certificate Number: 15111-ILN-DE-035931333

Bankruptcy Case Number: 18-23653



15111-ILN-DE-035931333

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 20, 2021</u>, at <u>12:33</u> o'clock <u>PM EDT</u>, <u>Charles V. Deberry</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   August 20, 2021

By:   /s/Hasan Bilal for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education